David L Campbell
5611 N 19th St.
Phoenix Arizona 85016
602-803-0212
Kjolseth1000@gmail.com

January 26, 2025

FILED

JAN 2 9 2025

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

United States Bankruptcy Court
District of Arizona
U.S. Bankruptcy Court
230 N 1st Ave, Ste 101
Phoenix, AZ 85003

Re: Request to Reopen Bankruptcy Cases 09-12121 and 17-09863
and Case Reference CV2020-014920 - C.D. Doe vs. BBBS and BBBSAZ

Dear Judge Brenda K. Martin,

I am writing to respectfully request the reopening of my bankruptcy cases, 09-12121 and 17-09863, which were previously filed and closed in your court.

Additionally, I would like to bring to your attention the ongoing Superior Court case CV2020-014920, titled *C.D. Doe vs. BBBS and BBBSAZ*, which dates back to 1983 and a possible Undisclosed claim. The Statute of limitations did not allow me to pursue my claim after 1985 Therefore I had no claim to disclose until the 2020 look-back window that allowed me to pursue a claim.

I understand that reopening bankruptcy cases is a significant request, and I am prepared to comply with any necessary procedures or provide additional documentation as required. My goal is to ensure that all debts and obligations are appropriately addressed.

I am also requesting to waive/ defer any fees to reopen the above cases until litigation is finished.

Thank you for your time and attention to this matter.

Sincerely,

David L Campbell