UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DAVID CAMPBELL,<br>Debtor. | Chapter 7<br>Case No. 2:09-bk-12121-BKM<br>**STIPULATED ORDER** |

Having reviewed and considered the Notice of Stipulated Order, entered into between Trustee Maureen Gaughan and David Campbell (docket number 64), and good cause appearing,

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that Trustee Maureen Gaughan, for the bankruptcy estate of David Campell, is the Real Party In Interest in the pending case In The Superior Court Of The State Of Arizona In and For The County of Maricopa, Case No. CV2020-014920 ("State Court Case").

**IT IS FURTHER ORDERED** that the hearing set for April 22, 2025, at 2:30 pm is vacated.

**DATED AND SIGNED ABOVE**

Approved as to form and content:

Trustee Maureen Gaughan Trustee 4/7/25 Campbell

David Campbell