ORDERED ACCORDINGLY.

Dated: April 10, 2025

Brenda K. Martin, Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>**DAVID CAMPBELL,**<br><br>Debtor. | Chapter 7<br><br>Case No. 2:09-bk-12121-BKM<br><br>**ORDER GRANTING IN PART TRUSTEE'S STIPULATED ORDER AND REQUEST TO VACATE APRIL 22, 2025, 2:30 PM HEARING** |

The Court is in receipt of the *Notice of Stipulated Order and Request to Vacate April 22, 2025, 2:30 p.m. Hearing* ("Stipulation")[1] filed by Maureen Gaughan as the Chapter 7 Trustee ("Trustee") in which the Trustee and Debtor David Campbell ("Debtor") have agreed that the Trustee is the Real Party in Interest in the pending state court case and request to vacate the April 22, 2025, hearing before this Court. Big Brothers Big Sisters of Central Arizona has filed a limited objection, primarily to vacating the upcoming hearing. The Court has reviewed the papers and finds that cause exists to approve the Stipulation but not vacate the April 22, 2025, hearing.

Accordingly,

[1] Dkt. No. 64.

**IT IS HEREBY ORDERED** approving the Stipulation entered into between the Debtor and Trustee. The hearing set for April 22, 2025, at 2:30 p.m. will remain so that Big Brothers Big Sisters of Central Arizona's objection can be addressed.

**DATED AND SIGNED ABOVE.**

Copy of the foregoing to be mailed/emailed by
the Bankruptcy Noticing Center ("BNC")
to:

David Campbell
5611 N. 19th St.
Phoenix, AZ 85016
Email: Kjolseth1000@gmail.com
Debtor

Robert E. Pastor
MONTOYA, LUCERO & PASTRO, P.A.
3200 North Central Avenue, Suite 2550
Phoenix, AZ 85012
Email: pastor@mlpattorneys.com
Co-Special Counsel for the Chapter 7 Trustee

John A. Harris, Esq.
John M. O'Neal, Esq.
Anthony F. Pusateri, Esq.
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004
Email: john.harris@quarles.com
Email: john.oneal@quarles.com
Email: Anthony.pusateri@quarles.com
Attorneys for Big Brothers Big Sisters of Central Arizona

Dawn Maguire
Maguire Law, PLC
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Dawn@maguirelawaz.com
Attorney for Chapter 7 Trustee

Maureen Gaughan
PO BOX 6729
Chandler, AZ 85246
Email: maureen@mgaughan.com
Chapter 7 Trustee